# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2003 NOV 25 P 3: 35

US DISTRICT COURT
HARTFORD CT

**ANDREW KULIS**
    **Plaintiff**
                    :

    **v.**                       : **CIVIL NO.: 3:03cv605(DJS)**

**CRABTREE IMPORTS, INC. d/b/a**
**SHELTON MITSUBISHI**         :
    **Defendant**

## ORDER OF DISMISSAL

The case having been reported settled, the Court hereby orders, pursuant to Federal

Rule of Civil Procedure 41(a)(2), that it be **dismissed without prejudice** to the plaintiff

moving to reopen the case on or before **January 26, 2004**. If the plaintiff does not move to

reopen the case on or before **January 26, 2004**, the dismissal of this action shall be **with**

**prejudice**. This dismissal is without costs to either party. The Clerk is hereby directed to

**close this case**.

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this 25th day of November, 2003.

Dominic J. Squatrito
United States District Judge

AO 72A
(Rev.8/82)